## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-3058-RBJ

**DEBRA LIMON**,

    Plaintiffs,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS COURT, having reviewed the Stipulation of Dismissal with Prejudice, and being duly advised of the premises, hereby ORDERS that all of the claims of the parties are hereby dismissed WITH PREJUDICE and further, each party to the stipulation shall pay its own attorneys' fees and costs incurred.

DONE this 25th day of May, 2021.

_____
BY THE COURT